IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>TOWN OF MYRTLEWOOD, )<br> )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:87cv1263-MHT |

**ORDER**

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 4, 2007, as to why said motion should not be granted as requested.

DONE, this 5th day of February, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE